## PENALTY PAGE

CASE STYLE:            UNITED STATES v. THOMAS HENRY SANCHEZ

DEFENDANT:          THOMAS HENRY SANCHEZ (ALL COUNTS)

USAO NO:                10R00057

AUSA:                        SEAN P. COSTELLO


CODE VIOLATION:

COUNT 1 :                  18 U.S.C. § 1461 - Mailing Obscene Matter

PENALTY:

COUNT 1 :                  10 yrs/ $250,000.00/ 3 yrs SRT/ $100.00 SA