IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:10-cr-00131-CG-B |
| | ) | |
| THOMAS HENRY SANCHEZ, | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S POSITION REGARDING SENTENCING FACTORS

Defendant THOMAS HENRY SANCHEZ makes no objection to the Presentence Investigation Report at this time. The Defendant reserves the right to argue that the Sentencing Guidelines are advisory and, should the facts and circumstances warrant a sentence below the Sentencing Guidelines, that the sentence should be shortened.

      Respectfully Submitted,

      /s/ *J. Clark Stankoski*
      J. Clark Stankoski (STAN6094)
      Attorney for Defendant
      E-mail: clarkstankoski@mac.com

OF COUNSEL:

STANKOSKI, LLP
Attorneys and Counselors at Law
Post Office Box 529
Fairhope, Alabama 36533
Telephone:  251/928-0123
Facsimile:  251/929-1000

CERTIFICATE OF SERVICE

      I hereby certify that on **December 21, 2010**, I electronically filed the foregoing with the clerk of the court using the CM/ECF system, which will send notification of such filing to the following:

Sean P. Costello, Esq.
Assistant United States Attorney
63 S. Royal Street, Suite 600
Mobile, Alabama 36602

                                              /s/ *J. Clark Stankoski*
                                              J. Clark Stankoski