AO 442-ALS (Rev 4/12) Arrest Warrant   Case 1:10-cr-00131-CG-B   Document 52   Filed 04/28/16   Page 1 of 1

# UNITED STATES DISTRICT COURT
## for the
### Southern District Of Alabama

USMS
1981703
1603-0502-1479-D
11506-003

United States of America )
)
v. ) Case No.  1128 1:10CR00131-001
)
Thomas Henry Sanchez )
*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____Thomas Henry Sanchez_____

who is accused of an offense or violation based on the following document filed with the court:

- [ ] Indictment
- [ ] Superseding Indictment
- [ ] Information
- [ ] Superseding Information
- [ ] Complaint
- [x] Supervised Release Violation Petition
- [ ] Violation Notice
- [ ] Order of the Court
- [ ] Probation Violation Petition

This offense is briefly described as follows:
Special: The defendant shall participate in Location Monitoring Program.

Date: April 28, 2016

City and state: Mobile, Alabama

CHARLES R. DIARD, JR., CLERK
*Printed name and title*

*Tina Wood*
*Issuing officer's signature*

### Return

This warrant was received on *(date)* 4/28/16, and the person was arrested on *(date)* 5/5/16
at *(city and state)* Mobile, AL.

Date: 5/5/16

*Arresting officer's signature*

Tim Garrett Deputy U.S. Marshal
*Printed name and title*

PACTS ID: 11075